7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Donald B Bills and Debbie S Bills
*Debtor*

**I–Deal Trailers LLP**
**Western National Mutual Insurance Company**
   Plaintiff(s)

v.

**Donald B Bills**
**Debbie S Bills**
   Defendant(s)

*Bankruptcy Case No.*
15–60386–abf7

*Adversary Case No.*
15–06030–abf

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of Plaintiffs I–Deal Trailers LLP and Western National Mutual Insurance Company, and against Debtor–Defendants Donald B. Bills and Debbie S. Bills, jointly and severally, in the amount of $24,750, with such Judgment being NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(2)(A). The Plaintiffs request for attorney fees is DENIED. Each party to bear its own costs.

Paige Wymore–Wynn
Acting Court Executive

By: /s/ Sharon Greene
   Deputy Clerk



Date of issuance: 11/5/15

Court to serve